UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,    ) | |
|                                                                ) | |
|            Plaintiff,               ) | |
|                                                                ) | |
|            v.                            ) | CAUSE NO. 1:08-cr-0156-01-SEB-KPF |
|                                                                ) | |
| JAMARKUS GORMAN, a/k/a "Pooh,"    ) | |
|                                                                ) | |
|            Defendant.            ) | |

O R D E R

This matter comes before the Court on the motion of the United States to correct a scrivener's error in the indictment by interlineation, to-wit:

[H.I.]

The Court now finds that the motion should be granted.

It is therefore ORDERED that the error on page 1, paragraph 1, under Count 1 of the indictment be corrected to read " . . .Regular Grand Jury, Panel 08-01. . ."

So ORDERED    04/16/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michelle P. Jennings
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204

William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle
Suite 752
Indianapolis, Indiana 46204